16 September 2015

THE COURT OF CRIMINAL APPEALS OF TEXAS
HON. ABEL ACOSTA, CLERK
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

32.505-04

RE: "FILING OF: PETITIONER'S OBJECTION TO THE INCOMPLETE TRANS-
MISSION OF THE RECORD IN CAUSE NO.: WR-32.505-04;
"EX PARTE, STEPHEN E. DAVIS IN THE COURT OF CRIMINAL APPEALS
OF TEXAS" WR-32.505-04; TR.CT. NO. 23.477-A

DEAR MR. ACOSTA:
    GREETINGS, SIR. AS I AM PETITIONER/APPLICANT IN THE ABOVE-SAID
WRIT NUMBER CURRENTLY AT BAR BEFORE THIS COURT, I RESPECTFULLY
REQUEST THAT YOU FILE THE ENCLOSED AND ABOVE-MENTIONED DOCUMENT
IN MY BEHALF WITH THE COURT. THANK YOU.

SINCERELY,

Stephen E. Davis

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77583

C.C.-COURT OF CRIM. APPEALS
POLK CO. DISTRICT CLERK

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

WR-32,505-04

EX PARTE                               X          IN THE COURT OF
                                       X          CRIMINAL APPEALS
STEPHEN E. DAVIS,                      X          OF TEXAS
PETITIONER, PRO SE.                    X
                              XXXXX

PETITIONER'S OBJECTION TO THE INCOMPLETE
TRANSMISSION OF THE RECORD IN CAUSE NO.:
WR-32,505-04

TO THE HONORABLE JUDGE OF SAID COURT:

Petitioner hereby objects to the incomplete transmission of the "Supplimental Clerk's Record #4" in cause/writ no.: WR-32,505-04, and in support of said objection, petitioner respectfully shows the court the following:

I.

On May 22, 2015, petitioner filed with the 411th Judicial District Court of Polk County, Texas, a commercial affidavit entitled as an "Affidavit of Truth by Stephen Earl Davis" attesting to matters dealing with petitioner's conviction in cause no. 23,477.

II.

The State of Texas, through the Honorable Kaycee L. Jones, 411th Judicial District Court, and C.M. Allen, Assistant District Attorney, for and representing Polk County, Texas, and the State of Texas, had 30 days to rebut petitioner's affidavit, which was filed with the district clerk of Polk County on May 22, 2015, at approximately 4:16 PM.

NOTE: Petitioner is in possession of a true and FILE-STAMPED COPY, requested by the petitioner in a letter to the clerk dated June 24, 2015 and stamped "Filed for the record: 2015 June 29, PM 4:36" by the district clerk of Polk County, which letter was, in fact, transmitted to this honorable court of criminal appeals on August 25, 2015.

III.

The petitioner does show this honorable court, that the honorable court Kaycee L. Jones, 411th Judicial District Court of Polk County, and C.M. Allen, Assistant Criminal District Attorney of Polk County, Texas, with "un-clean hands" and dishonest intent, have purposely, in order to deceive this honorable court and in order to obstruct justice, filed an incomplete record with this honorable court, as ordered by this honorable court.

## IV.

NOT INCLUDED IN THE RECORD IN THE RECORD THAT WAS TRANSMITTED TO THIS HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS, ON THE 25TH DAY OF AUGUST, 2015, AND A COPY THAT WAS FORWARDED TO THE PETITIONER ON AUGUST 25, 2015 IS THE COMMERCIAL AFFADAVIT FILED WITH THE HONORABLE 411TH DISTRICT COURT OF POLK COUNTY, TEXAS.

## V.

PURSUANT TO THE UNIFORM COMMERCIAL CODE AND ALL LAWS GOVERNING THE GIVING AND REBUTTING OF PETITIONER'S AFFADAVITS, THE RESPONDENTS HAD 30 DAYS TO REBUT THE PETITIONER'S AFFADAVIT, AS PETITIONER IN THE AFFADAVIT MADE THE RESPONDENTS AWARE, OR ALL MATTERS STATED IN THE AFFADAVIT WOULD STAND AS TRUE AND RESPONDENTS FAILED TO RESPOND.

## VI.

RESPONDENTS PURPOSELY REFUSED TO REBUT PETITIONER'S AFFADAVIT, AND PURPOSLY ALSO VIOLATED THE SIX (6) MAXIMS OF THE AFFADAVIT, WHICH ARE AS FOLLOWS:

1. FIRST AND FOREMOST, IN COMMERCE, TRUTH IS SOVEREIGN -- AND THE SOVEREIGN TELLS ONLY THE TRUTH. YOUR WORD IS YOUR BOND. IF TRUTH WERE NOT SOVEREIGN IN COMMERCE, I.E., ALL HUMAN ACTIONS AND INTER-RELATIONS, THERE WOULD BE NO BASIS FOR ANYTHING. NO BASIS FOR LAW AND ORDER, NO ACCOUNTABILITY. THERE WOULD BE NO STANDARDS, NO CAP-ACITY TO RESOLVE ANYTHING. IT WOULD MEAN "ANYTHING GOES", "EACH MAN FOR HIMSELF", AND "NOTHING MATTERS". THAT'S WORSE THAN THE LAW OF THE JUNGLE." "TO LIE IS TO GO AGAINST THE MIND". ORIENTAL PROVERB:

   "OF ALL THAT IS GOOD, SUBLIMITY IS SUPREME."

2. IN COMMERCE FOR ANY MATTER TO BE RESOLVED, IT MUST FIRST BE EXPRESSED NO ONE IS A MIND READER. YOU HAVE TO PUT YOUR POSITION OUT THERE -- YOU HAVE TO ASK WHAT THE ISSUE IS IN ORDER TO HAVE SOMETHING TO TALK ABOUT AND RESOLVE. A PERSON MUST PUT HIMSELF ON THE LINE AND ASSUME A POSITION, TAKE A STAND, AS REGARDS THE MATTER AT HAND. ONE WHO IS NOT DAMAGED, PUT AT RISK, OR WILLING TO SWEAR AN OATH ON HIS COMMERCIAL LIABILITY FOR THE TRUTH OF HIS STATEMENTS AND LEGITAMACY OF HIS ACTIONS, HAS NOT BASIS TO ASSERT CLAIMS OR CHARGES AND FORFEITS ALL CREDIBILITY AND RIGHT. LEGAL MAXIM:

   "HE WHO FAILS TO ASSERT HIS RIGHTS, HAS NONE."

3. HE WHO LEAVES THE BATTLEFIELD FIRST LOOSES LOSES BY DEFAULT." THIS MEANS THAT AN AFFADAVIT WHICH IS UN-REBUTTED POINT FOR POINT STANDS AS "TRUTH IN COMMERCE" BECAUSE IT HASN'T BEEN REBUTTED AND HAS LEFT THE BATTLEFIELD. GOVERNMENTS ALLEGEDLY EXIST TO RESOLVE DIS-PUTES, CONFLICTS AND TRUTH. GOVERNMENTS ALLEGEDLY EXIST TO BE SUB-STITUTES FOR THE DUELING FIELD AND THE BATTLEFIELD FOR DISPUTES.. CONFLICTS OF AFFADAVITS OF TRUTH ARE RESOLVED PEACABLY, REASONABLY, INSTEAD OF BY VIOLENCE.. SO PEOPLE CAN TAKE THEIR DISPUTES INTO COURT AND HAVE THEM ALL OPENED UP AND RESOLVED, INSTEAD OF GOING OUT AND MARCHING TEN PACES AND TURNING TO KILL OR INJURE. LEGAL MAXIM:

   "HE WHO DOES NOT REPEL A WRONG WHEN HE CAN, OCCASSIONS IT."

4. AN UN-REBUTTED AFFADAVIT STANDS AS TRUTH IN COMMERCE. CLAIMS MADE IN YOUR AFFADAVIT, IF NOT REBUTTED, EMERGE AS THE TRUTH OF THE MATTER. LEGAL MAXIM: "HE WHO DOES NOT DENY, ADMITS."

5. AN UN-REBUTTED AFFADAVIT BECOMES THE JUDGEMENT IN COMMERCE. THERE IS NOTHING LEFT TO RESOLVE. ANY PROCEEDING IN A COURT, TRIBUNAL OR ARBITRATION FORUM CONSISTS OF A CONTEST, OR DUEL, OF COMMERCIAL AFFADAVITS WHEREIN THE POINTS REMAINING UN-REBUTTED IN THE END STAND AS TRUTH AND MATTERS TO WHICH THE JUDGEMENT OF THE LAW IS APPLIED.

6. A LIEN OR A CLAIM CAN BE SATISFIED ONLY THROUGH A POINT BY POINT REBUTTAL OF AN AFFADAVIT, RESOLUTION BY JURY, OR PAYMENT.

NO COURT OR JUDGE CAN OVERTURN OR DISREGARD OR ABROGATE SOMEBODY'S AFFADAVIT. THE ONLY ONE WHO HAS ANY CAPACITY OR RIGHT OR RESPONSIBILITY OR KNOWLEDGE TO REBUT YOUR AFFADAVIT, IS THE ONE WHO IS ADVERSELY AFFECTED BY IT. JUST AS NO ONE CAN KNOW WHAT YOUR TRUTH IS, IT'S THE AFFECTED PARTY'S RESPONSIBILITY AND OBLIGATION TO ISSUE THEIR OWN AFFADAVIT AND TO SPEAR ON THEIR OWN BEHALF.

## VII

THE RESPONDENTS KNOWING THE IMPORTANCE OF THE AFFADAVIT, AND REALIZING THAT THEY FAILED TO REBUT THE PETITIONER'S AFFADAVIT, HAVE DECIDED TO DECEIVE THIS HONORABLE COURT TO OBTAIN A FAVORABLE OPINION IN THEIR BEHALF, BY EXCLUDING FROM THE RECORD THE COMMERCIAL AFFADAVIT FILED BY PETITIONER, ENTITLED, "AFFADAVIT OF TRUTH BY STEPHEN EARL DAVIS"

## VIII

PETITIONER OBJECTS TO THE TRANSMISSION OF THE INCOMPLETE RECORD TO THIS HONORABLE APPELLATE COURT BY THE 411TH JUDICIAL DISTRICT COURT OF POLK COUNTY, TEXAS.

## PRAYER

THEREFORE, ALL PREMISES CONSIDERED, PETITIONER PRAYS THAT THIS HONORABLE COURT, IN THE INTEREST OF JUSTICE AND IN GOOD FAITH, ORDER THE RESPONDENTS TO TRANSMIT TO THIS HONORABLE COURT THE "AFFADAVIT OF TRUTH BY STEPHEN EARL DAVIS" FILED ON MAY 22, 2015 AT 4:16 PM AND THAT BASED ON THE RESPONDENTS UN-WILLINGNESS TO REBUT WITHIN THE PRESCRIBED 30 DAYS, THE PETITIONER/AFFIANT'S AFFADAVIT SHOULD BE ACCEPTED AS TRUE, AND ALL MATTERS PRESENTED BEFORE THIS HONORABLE COURT SHOULD BE CONSIDERED RESOLVED IN FAVOR OF THE PETITIONER, AND ANY JUDGEMENT OF THIS COURT SHOULD BE RENDERED IN FAVOR OF THE PETITIONER AND HIS CASE SHOULD BE ORDERED REVERSED, REMANDED AND ORDERED DISMISSED.

RESPECTFULLY SUBMITTED,

_Stephen E. Davis_
PETITIONER / PRO SE

## ORDER

TO ALL PRESENT, BE IT KNOWN THAT ON THIS, THE _____ DAY OF 20___ DID COME TO BE HEARD " PETITIONER'S OBJECTION TO THE INCOMPLETE TRANSMISSION OF THE RECORD IN CAUSE NO. : WR-32,505-04 AND IT IS OF THE OPINION OF THIS COURT THAT THE PETITIONER'S PETITION IS HEREBY GRANTED IN ALL THINGS.

_____
PRESIDING JUDGE

## CERTIFICATE OF SERVICE

I, STEPHEN E. DAVIS, TDCJ NO. 1976027, HEREBY CERTIFY BY MY UNDER-LYING SIGNATURE THAT I SENT (1) ONES TRUE AND HAND-WRITTEN COPY OF "PETITIONER'S OBJECTION TO THE INCOMPLETE TRANSMISSION OF THE RECORD IN CAUSE NO.: WR-32,505-04" TO:

THE COURT OF CRIMINAL APPEALS OF TEXAS
ABEL ACOSTA, CLERK
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

VIA U.S. MAIL AND ALSO, TWO TRUE AND CORRECT HAND-WRITTEN COPIES OF THE SAME INSTRUMENT, VIA U.S. MAIL, TO:

POLK COUNTY DISTRICT CLERK'S OFFICE
KATEY NIELSON, CLERK
101 W. MILL ST., SUITE 216
LIVINGSTON, TEXAS 77351

CERTIFIED BY MY HAND THIS 16TH DAY OF SEPTEMBER, 2015.

_____
CERTIFICANT

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77583

## DECLARATION

I, STEPHEN E. DAVIS, TDCJ NO. 1976027, BEING INCARCERATE AT STRING-FELLOW UNIT, TDCJ-ID, LOCATED IN BRAZORIA COUNTY, TEXAS, DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT.

_____
DECLARANT, PRO SE

STEPHEN E. DAVIS #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, TEXAS 77583